## STATE v. W. H. LUKER.[1]

December 6, 1918.

No. 21,172.

**Indictment for discouraging enlistment — case followed.**

Defendant was indicted by the grand jury of Steele county, charged with the violation of section 3, c. 463, of the Laws of 1917. Defendant demurred to the indictment on the ground that it did not state facts sufficient to constitute a public offense. The demurrer was overruled, Childress, J., and the case certified to the supreme court upon the questions raised by the demurrer. Affirmed and remanded for further proceedings.

*Clifford L. Hilton*, Attorney General, *James E. Markham*, Assistant Attorney General, and *F. A. Alexander*, County Attorney, for the State.

*Anson L. Keyes*, for defendant.

PER CURIAM.

The defendant was indicted, charged with violating the provisions of section 3 of chapter 463, Laws of 1917, p. 765. Upon arraignment he interposed a demurrer to the indictment, the trial court overruled the demurrer and certified the case to this court for its opinion upon the questions raised by the demurrer. The case comes within the opinion in the case of State v. Kaercher, supra, page 186, and is governed thereby.

The order appealed from is affirmed and the case is remanded for further proceedings.

[1] Reported in 169 N. W. 700.